437 A.2d 1224

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**F. Kirk ADAMS.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1981.

Decided Dec. 23, 1981.

Allen B. Zerfoss, Chief Disc. Counsel, Harrisburg, John W. Herron, Asst. Disc. Counsel, Alan J. Davis, Asst. Disc. Counsel, Philadelphia, for petitioner.

Peter J. Rohana, Jr., Springfield, for respondent.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

## ORDER

PER CURIAM:

The Rule to Show Cause is discharged and respondent is suspended from the practice of law for three years from the date of the original suspension.

LARSEN, FLAHERTY and KAUFFMAN, JJ., dissent and would disbar respondent.